## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:10-00004 |
| | ) | Judge Trauger |
| RAYMOND HENSON, JR. | ) | |

### O R D E R

The court is in receipt of a letter from Jose A. Santana, Designation and Sentence Computation Center, U.S. Armed Forces Reserve Complex, Grand Prairie, Texas, dated May 1, 2014.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

The United States Attorney shall file its position as to the suggestion by the Bureau of Prisons that the court enter an amended judgment within ten (10) days of the entry of this Order.

It is so **ORDERED.**

Enter this 15th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge